

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

IN RE: MARTIN BORUNDA, § No. 08-16-00296-CR

Relator. § AN ORIGINAL PROCEEDING

§ IN MANDAMUS

§

# **O R D E R**

The Court has reviewed the mandamus petition filed in the above styled and numbered cause and finds that it does not comply with Rule 52.2 and 52.3(a) of the Texas Rules of Appellate Procedure. The petition does not identify the State of Texas as a real party in interest to this original proceeding nor does it provide the name and address of the prosecutor's office involved in the prosecution of the underlying traffic offense. The Court has determined it will not take any action on the mandamus petition until Relator has served the State with the petition. Relator is directed to file an amended certificate of service showing that he has complied with this order. The certificate of service must comply with TEX.R.APP.P. 9.5(e) and it must be filed no later than November 6, 2016. Failure to comply will result in dismissal of this original proceeding.

IT IS SO ORDERED this 3rd day of November, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.